RECEIVED
IN LAKE CHARLES, LA

MAY 21 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | DOCKET NO. 2:05 CR 20208-01 |
| VS. | : | JUDGE MINALDI |
| FRANKLIN EVERETT RICHARDSON, II | : | MAGISTRATE JUDGE WILSON |

### AMENDED JUDGMENT

IT IS ORDERED that the Judgment of this court dated June 30, 2006, IS HEREIN AMENDED to state that:

The sentence is to run concurrently with the defendant's 78 month sentence on 04-CR-2947 in the 14th Judicial District Court and consecutively with the 60 month sentence the defendant received on 02 CR 23805 in the 14th Judicial District Court, State of Louisiana. The defendant is to be given credit for time served.

IT IS FURTHER ORDERED that the remainder of the June 30, 2006, Judgment shall remain unchanged.

Lake Charles, Louisiana, this 21 day of May, 2007.

COPY SENT:
DATE: 5-21-07
BY: TB
TO: USM-LC-1
USP-LC-1

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE